UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JOHN P. MURPHY | : | CASE NO. 14-22345 (ASD) |
| | : | |
| Debtor | : | |

### TRUSTEE'S NOTICE OF INTENT TO SELL

Please take notice that John J. O'Neil, Jr., Trustee of the bankrupt estate of JOHN P. MURPHY intends to sell at Private Sale to ANTHONY VISONE, all right, title and interest which he as Trustee has in and to **KAM INVESTMENTS, LLC** for the sum of $40,000.00.

THIS NOTICE IS GIVEN to permit parties in interest to object to the intended sale. Any person objecting to said private sale or alternatively, to make a higher and better offer for said property, should file with the Clerk of the United States Bankruptcy Court in writing at 450 Main Street, Hartford, Connecticut 06103, not later than 5:00 P.M. on the  7th  day of  April , 2015, an objection or higher offer to such private sale. In addition, a copy of such objection and/or higher offer should be served on the Trustee, John J. O'Neil, Jr., 255 Main Street, Hartford, CT 06106, by the date set for the filing of the objections with the Clerk of the Bankruptcy Court. In the event that an objection is filed, a hearing will be held to consider such objection on the  9th  day of  April , 2015 at 10:00 A.M. If higher offers are received, an auction will be held at the same date and time at the United States Bankruptcy Court, 450

Main Street, Hartford, Connecticut 06103.

If no objections are filed with the Clerk of the Court, and served upon the Trustee, by 5:00 P.M. on the 7th day of April, 2015, the Trustee will proceed with the private sale. Objections not timely filed and served may be deemed waived.

GARY M. GFELLER
CLERK, U.S. BANKRUPTCY COURT

Dated: 3/11/2015     By: Theresa J. Steady
                         Deputy Clerk